IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAY 23 2018

In the Matter of the Search of:

Karl Shroulote, Sr.                No. MR 18-414


TELEPHONIC APPLICATION FOR SEARCH WARRANT
April 30, 2018


PARTIES ON TELEPHONE CALL:

   U.S. MAGISTRATE JUDGE LAURA FASHING
   BIA SPECIAL AGENT JAMES JOJOLA

1  THE COURT: Have you started the recording?

2  BIA SPECIAL AGENT JOJOLA: I've started it
3  now.

4  THE COURT: All right. All right. So this
5  is Judge Laura Fashing, and I'm on the telephone with
6  BIA Special Agent James Jojola.

7  And first, Agent Jojola, do you solemnly swear
8  that the testimony you're about to give is true and
9  correct to the best of your knowledge?

10  BIA SPECIAL AGENT JOJOLA: I do.

11  THE COURT: Okay. So please go ahead and
12  tell me the basis for the warrant.

13  BIA SPECIAL AGENT JOJOLA: Okay. On April
14  the 29th of 2018, at about 10:42AM, Acoma police
15  officers were dispatched to the address of 198 Fatima
16  Hill Road in Acoma Pueblo in the County of Cibola,
17  State of New Mexico.

18  Officers were notified at that residence that a
19  17-year-old daughter disclosed to her mother that she
20  saw her older sister, who I'll refer to from here as
21  Jane Doe, as being touched by their uncle. Their uncle
22  was identified as Karl Shroulote, Sr. Karl Shroulote
23  is an Acoma tribal member and lives on the Acoma Indian
24  Reservation. The incident location was identified as
25  Number 6, Arrowhead Road in Acoma Pueblo, Cibola

1  County, State of New Mexico.
2       I was notified approximately a few hours -- I'm
3  sorry, about an hour after Acoma got on scene, and I
4  began my investigation.  During the investigation, Jane
5  Doe was taken for a SANE exam in Albuquerque at the
6  Family Advocacy Center.
7       I was able to interview Jane Doe, and she
8  informed me that she had been drinking a large amount
9  of alcohol the night before and had passed out.  She
10 did not recall the events after returning back to the
11 residence and did not know about the incident until she
12 was informed by her sister, who is identified as Jane
13 Doe 1.
14      During the course of the investigation, Jane
15 Doe 1 was identified as a witness.  She disclosed
16 during an interview with myself that she saw her sister
17 at the foot of the bed with her pants and her underwear
18 pulled down to the top of her knees and had her genital
19 area exposed.
20      Jane Doe 1 also stated that her uncle Karl was
21 at the foot of the bed, and she asked him what he was
22 doing.  Karl pulled his hand back from the area of Jane
23 Doe's thighs/genitalia area and left the bedroom
24 quickly.
25      Jane Doe 1 started to scream for help, at which

1   time family members began to wake up.
2   　　　Also during the course of the investigation, I
3   identified a second witness as Jane Doe 2.  Speaking
4   with Jane Doe 2, she confirmed that she did see Jane
5   Doe with her pants and underwear down and her genitalia
6   exposed.
7   　　　Family members helped Jane Doe 1 get Jane Doe
8   into their vehicle and depart the residence back to
9   their own house.
10   　　　THE COURT:  Okay.  And then is
11   Mr. Shroulote -- how do you stay his last name?
12   　　　BIA SPECIAL AGENT JOJOLA:  Shroulote?
13   　　　THE COURT:  Shroulote.  He's currently in
14   custody at the Acoma Detention Center?
15   　　　BIA SPECIAL AGENT JOJOLA:  Yes, he is.
16   　　　THE COURT:  Okay.  When was he taken into
17   custody?
18   　　　BIA SPECIAL AGENT JOJOLA:  He was taken into
19   custody yesterday morning.
20   　　　THE COURT:  Okay.  And based on your
21   training and experience, do you believe that there
22   still may be perhaps DNA -- if indeed he touched Jane
23   Doe's genitals with his hands, there might be DNA
24   material underneath his fingernails?
25   　　　BIA SPECIAL AGENT JOJOLA:  Yes, I do.

1  THE COURT: Okay. And how old was the
2  victim?
3  BIA SPECIAL AGENT JOJOLA: Jane Doe was
4  identified as 24 years old.
5  THE COURT: Okay.
6  BIA SPECIAL AGENT JOJOLA: And Mr. Shroulote
7  was identified as 35 years old.
8  THE COURT: Okay. All right. I will
9  authorize you to collect scrapings from underneath the
10 fingernails of the subject. And what I'll do is I'll
11 send you back this search and seizure warrant.
12      Do you have an e-mail that I could send it to,
13 or does it need to be faxed?
14 BIA SPECIAL AGENT JOJOLA: You can send it
15 e-mail.
16 THE COURT: Okay.
17 BIA SPECIAL AGENT JOJOLA: Or you can -- are
18 you ready to copy my e-mail address?
19 THE COURT: I am.
20 BIA SPECIAL AGENT JOJOLA: Okay. It's going
21 to be james.jojola -- and my last name is
22 J-o-j-o-l-a -- @bia.gov.
23 THE COURT: Okay. So I'll send this back to
24 you shortly, and then I'll give you a call back to make
25 sure that you've received it. Okay?

1   BIA SPECIAL AGENT JOJOLA:  Yes, ma'am.

2   THE COURT:  Okay.  Thanks very much.

3   BIA SPECIAL AGENT JOJOLA:  Thank you, Judge.

4   THE COURT:  Okay.  Bye-bye.

5   BIA SPECIAL AGENT JOJOLA:  Okay.  The time
6   now is 4:55 PM, April the 30th, 2018.

7   [End of call.]

```
 1              REPORTER'S CERTIFICATE
 2       I, Jenifer L. Russin, CCR #182, a Certified
 3   Court Reporter, do hereby certify that the proceedings
 4   of the above-entitled cause were transcribed by me
 5   stenographically, and that the within transcript is a
 6   true and accurate transcription of my shorthand notes.
 7       I FURTHER CERTIFY that I am neither an attorney
 8   nor counsel for, nor related to or employed by any of
 9   the parties to the action, and that I am not a relative
10   or employee of any attorney or counsel employed by the
11   parties hereto, or financially interested in the
12   action.
13
14
15              [signature]
16          Jenifer L. Russin, RDR, CRR
            Certified Court Reporter #182
17          License Expires:   12/31/2018
18
19
20
21
22
23
24
25
```